IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROWAN L., et al., *Plaintiffs,* v. RADNOR TOWNSHIP SCHOOL DISTRICT, *Defendant.* | CIVIL ACTION NO. 21-1319 |

# ORDER

**AND NOW**, this 27th day of October 2021, upon consideration of Rowan L.'s parents' Motion to Supplement the Administrative Record (ECF 13) and Radnor's Response (ECF 17), and Radnor's Motion to Supplement the Administrative Record (ECF 14) and Rowan's parents' Response (ECF 15), it is hereby **ORDERED** that both Motions are **Denied**—with the exception of the part of Radnor's Motion to which Rowan's parents stipulated. Rowan's parents' Motion for Leave to File a Brief Sur-Reply (ECF 18) is **Granted**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1